

ORIGINAL

FILED

12/05/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 23-0688

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 23-0688

RAYMOND HOLMES,

Petitioner,

v.

JAMES SALMONSEN, Warden,
Montana State Prison,

Respondent.

ORDER

FILED

DEC = 5 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

Raymond Holmes has filed a Petition for Writ of Habeas Corpus, explaining that the Yellowstone County District Court intended to run his sentence concurrently with both of his sentences from Mineral County (Cause Nos. DC-2015-14 and DC-1987-546). He adds that only one cause number from the Mineral District Court, however, was included in the written judgment. Upon review, we deem it appropriate to require a response. Therefore,

IT IS ORDERED that the Attorney General or counsel for the Department of Corrections is GRANTED thirty days from the date of this Order in which to prepare, file, and serve a written response together with appropriate documentary exhibits.

The Clerk is directed to provide a copy of this Order to counsel of record and to Raymond Holmes personally.

DATED this 5th day of December, 2023.

_____
Justice